

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00422-CV

IN THE MATTER OF THE MARRIAGE OF
JAY STANTON AND RITA R. STANTON

On Appeal from the 242nd District Court
Castro County, Texas
Trial Court No. B9837-1408, Honorable Kregg Hukill, Presiding

May 3, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Through his attorney, cross-appellant Jay Stanton has filed a motion to voluntarily dismiss his appeal. The motion is unopposed. Without passing on the merits of the case, we grant the motion and dismiss cross-appellant's appeal. TEX. R. APP. P. 42.1(a)(1). Having dismissed the appeal at cross-appellant's request, and having previously dismissed the appeal of appellant Rita R. Stanton, no motion for rehearing will be entertained.

Per Curiam